IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VARTAN NATIONAL BANK**, *et al.*, | : | **CIVIL ACTION NO. 1:08-CV-1981** |
| | : | |
| **Plaintiffs** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **THE OFFICE OF THE COMPTROLLER OF THE CURRENCY,** | : : : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 25th day of February, 2009, upon consideration of the joint motion to seal documents, it is hereby ORDERED that said motion is GRANTED. The following documents are to be placed under seal:  the redacted meeting minutes (to be filed by defendants with the remainder of the administrative record pursuant to defendants' unopposed motion to file the administrative record), defendants' statement of material facts (Doc. 13), memorandum in support of their motion to dismiss, or alternatively for summary judgment (Doc. 12), and memorandum in opposition to plaintiffs' cross-motion for summary judgment and

in reply to plaintiffs' response to OCC's motion to dismiss or, alternatively, for summary judgment (Doc. 19), plaintiffs' motion for summary judgment (Doc. 17) and brief in support of summary judgment (Doc. 18).

                                                                     <u>S/ Christopher C. Conner</u>
                                                                     CHRISTOPHER C. CONNER
                                                                     United States District Judge